In the Matter of the Claim of LEONA GALLAGHER, Appellant, v. COUNTY OF OSWEGO et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Gibson, Herlihy, Reynolds and Taylor, JJ., concur.

In the Matter of GUSDORE CORPORATION, Appellant, v. JAMES C. ALLEN et al., constituting the Board of Assessors of the Town of Fallsburgh, Respondents.— Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.